**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| 1.  MICHAEL D. MASSEY           ) | |
| )| |
| Plaintiff,           ) | |
| ) | |
| vs.                                                          ) | Case No.  15-CV-327-JHP-TLW |
| ) | |
| 1.  IC BUS OF OKLAHOMA, LLC, a foreign    ) | |
|      for profit corporation,           ) | |
| ) | |
| Defendant.           ) | |

**DEFENDANT'S NOTICE OF REMOVAL OF CIVIL ACTION**

Defendant, IC Bus Of Oklahoma, LLC ("Defendant"), timely files this Notice of Removal pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1441(a) and (c) removing the above-captioned action from the District Court in and for Tulsa County, Oklahoma to the United States District Court for the Northern District of Oklahoma. In support of this Notice of Removal, Defendant states as follows:

**Summary of State Court Proceedings**

1. On May 14, 2015, Plaintiff, Michael D. Massey, filed his original Petition in the District Court of Tulsa County, Oklahoma styled *Michael D. Massey v. IC Bus of Oklahoma, LLC,* Case No. CJ-2015-01860.

2. The summons issued to the Defendant was served on or about May 22, 2015. A copy of the state court docket sheet is attached hereto as Exhibit "1." A copy of the documents filed in state court is attached hereto as Exhibit "2." A copy of the notice of process served on Defendant is attached hereto as Exhibit "3."

3. Plaintiff filed his original Petition seeking to recover damages for employment discrimination and retaliation in violation of the Oklahoma Anti-Discrimination Act of 1964, 25

O.S. §§1101, 1301, *et seq.*; and Title VII of the Civil Rights Act of 1964 ("Title VII"), and a state law claim for intentional infliction of emotional distress. [Petition, ¶¶6 and 23-43 Exhibit "2"]

4. Pursuant to 28 U.S.C. §1331 and §1441, this Court has original jurisdiction over Plaintiff's Title VII claim, which arises under the laws of the United States. This Court further has jurisdiction over Plaintiff's remaining state law claim pursuant to 28 U.S.C. §1367.

5. This Notice of Removal is being filed within thirty days after receipt of the Petition as required by 28 U.S.C. §1446(b).

6. A copy of this Notice of Removal will be filed with the Clerk of the District Court in and for Tulsa County for the State of Oklahoma and served upon all adverse parties as required by 28 U.S.C. §1446(d).

7. All fees required by law in connection with this Notice have been paid by Defendant.

8. By virtue of this Notice of Removal, Defendant does not waive its right to assert any rights, claims or other motions, including Rule 12 motions, permitted by the Federal Rules of Civil Procedure or other applicable rules or laws.

WHEREFORE, for the above reasons, Defendant hereby gives Notice of Removal of the action pending in the District Court of Tulsa County, State of Oklahoma.

Respectfully submitted,

s/Kimberly Lambert Love
Kimberly Lambert Love, OBA #10879
Titus Hillis Reynolds Love Dickman & McCalmon
15 E. 5th Street, Suite 3700
Tulsa, Oklahoma 74103
Phone: 918/587-6800
Fax: 918/587-6822
Email: klove@titushillis.com
***Attorneys for Defendant, IC Bus of Oklahoma, LLC***

## CERTIFICATE OF SERVICE

  I hereby certify that on the 10th day of June 2015, I mailed a true and correct copy of the above and foregoing document via U.S. Mail to the following:

  Amber Peckio Garrett
  D. Mitchell Garrett, Jr.
  P.O. Box 1349
  Tulsa, Oklahoma 74101-1349


            s/Kimberly Lambert Love
            Kimberly Lambert Love