# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MICHAEL MASSEY, an individual,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | Case No. 15-CV-327-JHP-TLW |
| ) | |
| **IC BUS OF OKLAHOMA, LLC, a foreign** ) | |
| **limited liability company,** ) | |
| ) | |
| **Defendant.** ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Michael Massey, and Defendant, IC Bus of Oklahoma, LLC, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, do hereby stipulate to the dismissal of the above-styled and numbered cause, and all claims asserted therein, with prejudice to the re-filing thereof.  The parties stipulate that they shall each bear their own attorneys' fees and costs.

Respectfully submitted,

s/Amber Peckio Garrett
*(Signed by Filing Attorney with*
*Permission of Non-Filing Attorney)*
Amber Peckio Garrett, OBA #19908
D. Mitchell Garrett, Jr., OBA #20704
P.O. Box 1349
Tulsa, Oklahoma  74101-1349
Telephone:  (918) 895-7216
Facsimile:  (918) 895-7217
Email:  amber@garrettlawcenter.com
*Attorneys for Plaintiff*

And

2

                                                  s/Kimberly Lambert Love
                                                  Kimberly Lambert Love, OBA #10879
                                                  Titus Hillis Reynolds Love
                                                  15 E. 5th Street, Suite 3700
                                                  Tulsa, Oklahoma 74103
                                                  Phone:  918/587-6800
                                                  Fax:  918/587-6822
                                                  Email: klove@titushillis.com
                                                  *Attorneys for Defendant*